**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SELMA HOUSING DEVELOPMENT CORPORATION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 04-0449-WS-B** |
| | ) | |
| **THE SELMA HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 16th day of August, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE